# SEALED

**Office of the United States Attorney**
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2010 DEC 21 P 2: 39

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:10-CR-00315-PMP (RJJ) |
| DESHAWN OLIVER, | ) ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

On June 16, 2010, defendant DESHAWN OLIVER pled guilty to a One-Count Criminal Information charging him with Conspiracy to Commit Wire Fraud and Bank Fraud in violation of Title 18, United States Code, Sections 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that DESHAWN OLIVER shall pay a criminal forfeiture money judgment of $400,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DESHAWN OLIVER a criminal forfeiture money judgment in the amount of $400,000.00 in United States Currency.

DATED this __22nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Karen Michelini, certify that the following individuals were served with copies of the Order of Forfeiture on December 21, 2010, by the below identified method of service:

U.S. Mail:

Louis C. Schneider
Louis C. Schneider and Associates
2000 South Eastern Avenue
Las Vegas, Nevada 89104
*Counsel for* Deshawn Oliver

Karen Michelini
Forfeiture Support Associate Paralegal

3